No. 878. PÉREZ VILLAMIL ET AL., DEMANDANTES Y APELADOS, v. ROMANO ET AL., DEMANDADOS Y APELANTES.—Apelación prodente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se apruebe la fianza de apelación a la Corte Suprema de los Estados Unidos. Resuelto en agosto 12, 1913, por medio de opinión emitida por el Juez Asociado de turno Sr. del Toro. Denegada la aprobación de la fianza. Abogados de los apelados: *Sres. José de Guzmán Benítcz, José Martínez Dávila* y *Francisco de la Torre*. Abogados de los apelantes: *Sres. Bosch* y *Soto*.

No. 263. EX PARTE ANTONIO J. AMADEO, NOTARIO PÚBLICO.—Aviso de la National Surety Company para que se dé por terminada la fianza notarial No. 459, otorgada por dicha compañía en abril 11, 1910. Resuelto en agosto 21, 1913, por medio de resolución del Sr. Presidente sin la intervención de los demás jueces, de acuerdo con la ley. Se da por terminada dicha fianza para tener efecto en octubre 21, 1913.

No. 79. EX PARTE ENRIQUETA ALQUIER VDA. DE CAMUÑAS, PETICIONARIA.—Solicitud para que se cancele una fianza notarial hipotecaria otorgada por el abogado Frederick Cornwell en marzo 20, 1901. Resuelto en agosto 22, 1913, por medio de resolución del Sr. Presidente sin la intervención de los demás jueces, de acuerdo con la ley. Denegada la cancelación de dicha fianza. La peticionaria compareció en nombre propio.